## JAMES E. McDONNELL *v.* DOROTHY PENNINGTON AND AIRWAYS HOTEL, LIMITED.

### NO. 2892.

FILED JULY 18, 1953.                    DECIDED AUGUST 17, 1953.

TOWSE, C. J., LE BARON AND STAINBACK, JJ.

*Per Curiam.* The grounds of the petition for rehearing of the cause decided by this court in 40 Hawaii 265, are argumentative in character and repeat matters heretofore fully briefed and argued by counsel on the hearing on appeal and were thereafter fully considered by this court. Upon again reviewing the record, this court finds no basis for a rehearing.

The petition is denied without argument.

*Walter D. Ackerman, Jr.* for the petition.